Application to Proceed in District Court without Prepaying Fees or Cost (short form)

United States District Court for the District of Oregon

| | |
|---|---|
| Derek L. Bluford | Civil Action No: 3:22-cv-00811-SI |
| Plaintiff | |
| v. | |
| David Prock Junior | |
| Defendant | |

Application To Proceed In District Court Without Prepaying Fees Or Cost
(Short Form)


I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.


In support of this application, I answer the following questions under penalty of perjury:


1. If incarcerated. I am being held at Federal Correctional Institution Sheridan. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last

2. If not incarcerated. If I am employed, my employer's name and address are: N/A

My gross pay or wages are: $ __N/A__, and my takehome pay or wages are: $ __N/A__ per (specify pay period) __N/A__.

3. Other Income. In the past 12 months, and I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment ☐ Yes ☒ No

(b) Rent payments, interest, or dividends ☐ Yes ☒ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No

(d) Disability, or worker's compensation payments ☐ Yes ☒ No

(e) Gifts, or inheritances ☒ Yes ☐ No

(f) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future. Since my incarceration I was not able to secure and maintain employment. I have had several hundred dollars sent in during the last 12 months for restitution and commissary. See attached receipts with my balances.

4. Amount of money that I have in cash or in a checking or savings account: $ 0.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value): None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense): None

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: None

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable): I owe $558,503.16 in restitution to Changming Lui and Aimee Wei (See United States v. Derek Biuford, Case # 2:18-cr-0008-JAM)

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 5-31-2022

_____
Applicant's signature

Derek Biuford
Printed Name

Sales Invoice   ---S.B.U.---
Sheridan FCI
MAIN
Account No. 77108097      TF47652
BLUFORD, DEREK
02/23/2022 07:44:00 AM TX#5962089    21

BEGINNING BALANCES:
Available Balance is $133.25
Spending Limit Balance is $14.85
Account Balance is $133.25
=======================================
Qty  Description               Price
=======================================
 1 BOOK FOREVER STAM         $11.60
 1 ENVELOPES/WHITE 2          $1.75
 1 LEGAL PAD/WHITE 8          $1.50
 3 ENVELOPES 20653 5          $0.60
 5 IBUPROFEN  200MG           $0.75
 1 GREETING CARD    6         $0.65
 1 DIAL SOAP 72/CS            $1.15

            Total            $18.00

Charge 77108097    $18.00
---------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $115.25
Spending Limit Balance is $9.20
Account Balance is $115.25
---------------------------------------


Signature
ALL SALES ARE FINAL - KEEP YOUR RECEIPT

---

Sales Invoice   ---S.B.U.---
Sheridan FCI
MAIN
Account No. 77108097      TF47652
BLUFORD, DEREK
__/__/2022 07:50:36 AM TX#5954079    20

BEGINNING BALANCES:
Available Balance is $123.40
Spending Limit Balance is $25.00
Account Balance is $123.40
=======================================
Qty  Description               Price
=======================================
 1 BOOK FOREVER STAM         $11.60
 1 LEGAL PAD/WHITE 8          $1.50
 1 ENVELOPES 20653 5         $0.60
 1 ENVELOPES/WHITE 2          $1.75
 1 GREETING CARD    6         $0.65
   COUGH/GF HALLS BL          $1.75

            Total            $17.85

Charge 77108097    $17.85
---------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $105.55
Spending Limit Balance is $20.50
Account Balance is $105.55
---------------------------------------


Signature
ALL SALES ARE FINAL - KEEP YOUR RECEIPT



```
Sales Invoice   ---S.R.U.---
Sheridan FCI
MAIN
Account No. 77108097      TF36303
BLUFORD, DEREK
05/20/2022 07:59:54 AM TX#6002799    18
-----------------------------------------
BEGINNING BALANCES:
Available Balance is $155.85
Spending Limit Balance is $19.55
Account Balance is $155.85
=========================================
Qty    Description              Price
=========================================
 1 BOOK FOREVER STAM          $11.60
 1 COUGH DROP SF HL            $1.75

              Total           $13.35

Charge 77108097    $13.35
-----------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $142.50
Spending Limit Balance is $19.55
Account Balance is $142.50
-----------------------------------------


-----------------------------------------
Signature

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```

```
Sales Invoice  ---S.A.U.---
Sheridan FCI
MAIN
Account No. 77108097         TF47652
BLUFORD, DEREK
05/22/2022 10:21:24 AM TX#5975991    101

BEGINNING BALANCES:
Available Balance is $61.65
Spending Limit Balance is $12.20
Account Balance is $61.65
=====================================
Qty    Description              Price
=====================================
1 BOOK FOREVER STAM         $11.60
3 ENVELOPES 20653 5          $0.60
5 IBUPROFEN  200MG           $0.75
1 COUGH SF HALLS BL          $1.75
1 DIAL SOAP 72/CS            $1.15
1 CRAWFORD DANDRUFF          $2.10

              Total          $17.95

Charge 77108097    $17.95
_____
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $43.70
Spending Limit Balance is $8.35
Account Balance is $43.70
_____


_____
Signature

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```